IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No: 4:19CR66 |
| DEANNA PARKER, | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on the Motion for Leave of Absence by Jennifer Leigh Ozer, counsel for Defendant, for the dates of October 16, 2019 through October 21, 2019. (Doc. 315.) After careful consideration said Motion is **GRANTED**.

**SO ORDERED**, this 7th day of August, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA